```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 03546
   EDDIE V LARRY
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-9908

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/28/2007 and was confirmed 06/21/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/18/2008.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------
FIRST PREMIER                UNSECURED        NOT FILED          .00            .00
CAPITAL ONE                  UNSECURED         1337.66           .00            .00
CAPITAL ONE                  UNSECURED         1214.18           .00            .00
BETHANY HOSPITAL             UNSECURED        NOT FILED          .00            .00
CITY OF CHICAGO PARKING      UNSECURED         3180.00           .00            .00
COMCAST CABLE                UNSECURED        NOT FILED          .00            .00
FIRST PREMIER BANK           UNSECURED        NOT FILED          .00            .00
ADVOCATE BETHANY HOSPITA     UNSECURED        NOT FILED          .00            .00
WEST SUBURBAN MEDICAL CE     UNSECURED        NOT FILED          .00            .00
ILLINOIS STATE TOLL HWY      UNSECURED        23730.70           .00            .00
TURNER ACCEPTANCE CORP       UNSECURED        NOT FILED          .00            .00
TURNER ACCEPTANCE CORP       UNSECURED        NOT FILED          .00            .00
NATIONWIDE ACCEPTANCE CO     UNSECURED        NOT FILED          .00            .00
COMMONWEALTH EDISON          UNSECURED        NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE     UNSECURED          774.71           .00            .00
RECOVERY MANAGEMENT SYST     UNSECURED          792.37           .00            .00
COMMONWEALTH EDISON          UNSECURED        NOT FILED          .00            .00
WEST SIDE EMERGENCY PHYS     UNSECURED        NOT FILED          .00            .00
WEST SIDE EMERGENCY PHYS     UNSECURED          981.00           .00            .00
CHICAGOLAND EMERGENCY PH     UNSECURED        NOT FILED          .00            .00
PROVIDIAN                    UNSECURED         2824.51           .00            .00
SBC                          UNSECURED          370.97           .00            .00
ROBERT J SEMRAD & ASSOC      DEBTOR ATTY       2,464.00                      2,365.50
TOM VAUGHN                   TRUSTEE                                           184.50
DEBTOR REFUND                REFUND                                              .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 2,550.00


                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 03546 EDDIE V LARRY
```

```
PRIORITY                                                                    .00
SECURED                                                                     .00
UNSECURED                                                                   .00
ADMINISTRATIVE                                                         2,365.50
TRUSTEE COMPENSATION                                                     184.50
DEBTOR REFUND                                                               .00
                                        ---------------       ---------------
TOTALS                                         2,550.00              2,550.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
     Dated: 03/05/09                    /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```